WM. J. MATHESON & CO. v. UNITED STATES.

(Circuit Court, S. D. New York.    May 14, 1895.)

No. 929.

CUSTOMS DUTIES—CLASSIFICATION—COAL-TAR PREPARATIONS.
 Oil of mirbane, or nitrobenzole, which is in fact a preparation of coal tar, and is not known commercially as an essential oil, was dutiable as a coal-tar preparation, under paragraph 19 of the act of 1890, and not as an essential oil or chemical compound, under paragraph 76.

This was an application by W. J. Matheson & Co. for a review of a decision by the board of general appraisers affirming the action of the collector of the port of New York in respect to the classification for duty of certain imported merchandise.

Albert Comstock, for importers.
James T. Van Rensselaer, Asst. U. S. Atty.

TOWNSEND, District Judge (orally).    The article in question is oil of mirbane, or nitrobenzole.    The board of general appraisers classified it for duty, under paragraph 76 of the act of 1890, at 25 per cent., as a product known as an essential oil, or as a chemical compound.    The importers claim that the article should be classified at 20 per cent., under paragraph 19 of said act, as a coal-tar preparation, not a color or dye.    The evidence shows that this is a coal-tar preparation in fact, and not a color or dye.    It further appeared from the evidence that it is not generally known commercially as an essen-

tial oil. In view of these facts, the decision of the board of general appraisers is reversed, and the article should be classified for duty under paragraph 19 of said act.